**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-1121**

———————

KEVIN ALEXANDER FLORES LEMUS,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted: February 6, 2024                                    Decided: May 2, 2024

———————

Before WILKINSON, RICHARDSON, and RUSHING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

**ON BRIEF:** Eleni R. Bakst, CAPITAL AREA IMMIGRANTS' RIGHTS (CAIR) COALITION, Baltimore, Maryland, for Petitioner. Brian Boynton, Principal Deputy Assistant Attorney General, Carl McIntyre, Assistant Director, Brooke M. Maurer, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Alexander Flores Lemus, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals affirming without opinion the Immigration Judge's denial of his applications for asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and Flores Lemus' claims and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *In re Flores Lemus* (B.I.A. Jan. 9, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2